STEVEN T. GUBNER - Bar No. 156593
COREY R. WEBER - Bar No. 205912
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email:     sgubner@ebg-law.com
           cweber@ebg-law.com

Attorneys for Howard Ehrenberg, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RUDERMAN CAPITAL PARTNERS, LLC,<br><br>Debtor. | Case No. 2:09-bk-19539-ER<br><br>Chapter 7<br><br>Adverse Case No. 2:10-ap-02328-ER |
| HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MONTEVERDE, an individual, and CYNTHIA MONTEVERDE, an individual,<br><br>Defendants. | **STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO CONTINUE STATUS CONFERENCE AND CERTAIN DEADLINES PENDING COURT APPROVAL OF SETTLEMENT BETWEEN THE PARTIES**<br><br>[No hearing required] |

**WHEREAS** Plaintiff, Howard M. Ehrenberg, Chapter 7 Trustee (the "Trustee") for debtor Ruderman Capital Partners, LLC (the "Debtor"), and Defendants John Monteverde and Cynthia Monteverde (collectively, the "Defendants") reached a settlement of this adversary proceeding (the "Settlement") and a hearing on the Trustee's Motion for Approval of Compromise is set for November 10, 2010, the parties hereby stipulate pursuant to Local Bankruptcy Rule 9071-1 as follows, pending Court approval of the Settlement:

-1-

1. That the time for Defendants to file and serve a response to the Complaint be continued for 60 days to on or after December 20, 2010;

2. That the Status Conference, currently set for November 18, 2010 at 10:00 a.m., be continued for 60 days to on or after January 19, 2011, to a date convenient for the Court; and

3. That the time for the Trustee and Defendants to make initial disclosures pursuant to Bankruptcy Rule 7026 be continued to 14 days after the continued Status Conference date.

A proposed Order approving this Stipulation will be uploaded to the Court's LOU system concurrent with the filing hereof.

Dated: October 20, 2010

EZRA BRUTZKUS GUBNER LLP

By: _____
Corey R. Weber
Attorneys for Plaintiff, Howard Ehrenberg, Chapter 7 Trustee

Dated: October 19, 2010

LAW OFFICES OF BRADLEY E. BROOK

By: _____
Bradley E. Brook
Attorneys for Defendants, John Monteverde and Cynthia Monteverde

325338

-2-

| In re: RUDERMAN CAPITAL PARTNERS, LLC, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-19539-ER |
| HOWARD M. EHRENBERG vs. JOHN MONTEVERDE and CYNTHIA MONTEVERDE. | ADV NUMBER 2:10-ap-02328-ER |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing documents described: **STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO CONTINUE STATUS CONFERENCE AND CERTAIN DEADLINES PENDING COURT APPROVAL OF SETTLEMENT BETWEEN THE PARTIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 21, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Howard M Ehrenberg** - ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com
**United States Trustee (LA)** - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 21, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**BY U.S. MAIL**

Honorable Ernest M. Robles
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg.
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012-3332

Courtesy Copy:
Attorneys for Defendants
Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook
11500 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 21, 2010 | KRISTINA DOW | /s/ Kristina Dow |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009
F 9013-3-1