STEVEN T. GUBNER - Bar No. 156593
COREY R. WEBER - Bar No. 205912
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone:  818.827.9000
Facsimile:  818.827.9099
Email:    sgubner@ebg-law.com
         cweber@ebg-law.com

Special Litigation Counsel for Plaintiff,
Howard Ehrenberg, Chapter 7 Trustee

**FILED & ENTERED**

**OCT 28 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-19539-ER |
| RUDERMAN CAPITAL PARTNERS, LLC, | Chapter 7 |
| Debtor. | Adv Case No. 2:10-ap-02328-ER |
| HOWARD EHRENBERG, CHAPTER 7 TRUSTEE, | **ORDER APPROVING STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO CONTINUE STATUS CONFERENCE AND CERTAIN DEADLINES PENDING COURT APPROVAL OF SETTLEMENT BETWEEN THE PARTIES** |
| Plaintiff, | |
| vs. | |
| JOHN MONTEVERDE, an individual, and CYNTHIA MONTEVERDE, an individual, | [No hearing required.] |
| Defendants. | |

Having considered the Stipulation Between Plaintiff and Defendants to Continue Status Conference and Certain Deadlines Pending Court Approval of Settlement, filed as Docket No. 12 in this proceeding on October 21, 2010 (the "Stipulation"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that, pending approval of the settlement between the parties:

-1-

1    1.    The Status Conference is continued from November 18, 2010 at 10:00 a.m.

2  January 20, 2011 at 10:00 a.m.

3    2.    The Defendants shall file a response to the Complaint no later than December 20,

4  2010.

5    3.    The parties shall make initial disclosures required by Rule 7026 of the Federal

6  Rules of Bankruptcy Procedure no later than February 3, 2011.

###

*325917*

DATED: October 28, 2010

United States Bankruptcy Judge

-2-

| In re: RUDERMAN CAPITAL PARTNERS, LLC,<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:09-bk-19539-ER |
|---|---|
| HOWARD M. EHRENBERG vs. JOHN MONTEVERDE and CYNTHIA MONTEVERDE. | ADV NUMBER 2:10-ap-02328-ER |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.**

A true and correct copy of the foregoing documents described: **ORDER APPROVING STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO CONTINUE STATUS CONFERENCE AND CERTAIN DEADLINES PENDING COURT APPROVAL OF SETTLEMENT BETWEEN THE PARTIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 22, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Howard M Ehrenberg** - ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com
**United States Trustee (LA)** - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **October 22, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

**BY U.S. MAIL**

<u>Attorneys for Defendants</u>
Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook
11500 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 21, 2010 | KRISTINA DOW | /s/ Kristina Dow |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

| | |
|---|---|
| In re: RUDERMAN CAPITAL PARTNERS, LLC,<br><br>Debtor(s).<br><br>HOWARD M. EHRENBERG vs. JOHN MONTEVERDE and CYNTHIA MONTEVERDE. | CHAPTER 7<br>CASE NUMBER 2:09-bk-19539-ER<br><br>ADV NUMBER 2:10-ap-02328-ER |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO CONTINUE STATUS CONFERENCE AND CERTAIN DEADLINES PENDING COURT APPROVAL OF SETTLEMENT BETWEEN THE PARTIES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 22, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Howard M Ehrenberg** - ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;hmehrenberg@ecf.epiqsystems.com
**United States Trustee (LA)** - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

<u>Attorneys for Defendants</u>
Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook
11500 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page